**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7592**

---

ANTHONY O. JENNINGS,

Plaintiff - Appellant,

versus

L. MUNDEY, Doctor; MACK BONNER, Doctor; DOCTOR
MEILLER,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge. (CA-
95-2198-S)

---

Submitted:  January 11, 1996          Decided:  January 25, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony O. Jennings, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jennings v. Mundey</u>, No. CA-95-2198-S (D. Md. Sept. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>